JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATTALIO, | No. CV 11-4219-JGB (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| TERESER A. BANKS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

JS - 6

DATED: 3/12/13

_____
JESUS G. BERNAL
United States District Judge